```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

NANCY ESPERANZA MATIZ,          )
          Petitioner,           )
                                )   C.A. No. 05-10398-MLW
     v.                         )
                                )
WARDEN M. RIVERA,               )
          Respondent.           )
```

ORDER OF DISMISSAL

WOLF, D.J.

In accordance with the Memorandum and Order of Dismissal entered this date, it is hereby ORDERED that the above captioned matter is dismissed.

By the Court

/s/ Dennis O'Leary
Deputy Clerk

Dated: June 24, 2005