UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON MASSACHUSETTS

NANCY ESPERANZA MATIZ
Petitioner/Appellant

vs.                                       C.A 05-10398-MLW

M. RIVERA (Warden)
Respondent/Appellee

NOTICE OF APPEAL

COMES NOW PETITIONER/APPELLANT NANCY ESPERANZA MATIZ, in a pro-se and respectfully give Notice of Appeal of the denial to grant jurisdiction and entertain this motion for a habeas relief pursuant to Title 28 U.S.C.A § 2241 under the "savings clause" of Title 28 U.S.C.A section 2255 to protect the suspension clause by Article 1, clause 2, section 9.

The dismissal of the request was within 10 days of delivery to petitioner making the Notice of Appeal "On Time".

Respectfully Submitted

Esperanza Matiz Nancy
Federal Correctional Institution
501, Capital Circle NE
Tallahassee Florida   32301