UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

USCA Docket Number:

USDC Docket Number : 05-cv-10398

Nancy Esperanza Matiz

v.

M. Rivera

---

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 7/26/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 10, 2005.

Sarah A Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 8/10/05

_____
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL, HABEAS

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-10398-MLW

| | |
|---|---|
| Matiz v. Rivera | Date Filed: 02/22/2005 |
| Assigned to: Judge Mark L. Wolf | Jury Demand: None |
| Cause: 28:2241 Petition for Writ of Habeas Corpus (federa | Nature of Suit: 530 Habeas Corpus (General) |
| | Jurisdiction: U.S. Government Defendant |

**Petitioner**

**Nancy Esperanza Matiz**     represented by     **Nancy Esperanza Matiz**
FCI Danbury
Pembroke Station
Danbury, CT 06810
PRO SE

V.

**Respondent**

**M. Rivera**
*Warden*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/22/2005 | | Case received for filing without payment of the filing fee or submission of an application to waive the filing fee (Jenness, Susan) (Entered: 03/02/2005) |
| 02/22/2005 | 1 | PETITION for Writ of Habeas Corpus (2241) $ 0.00, receipt number 0.00, filed by Esperanza Matiz Nancy. (Jenness, Susan) (Entered: 03/02/2005) |
| | | |

| 05/11/2005 | ○ | Filing fee: $ 5.00, receipt number 64168 regarding receipt of filing fee (Boyce, Kathy) (Entered: 05/17/2005) |
| --- | --- | --- |
| 05/11/2005 | ○ | Filing fee: $ 5.00, receipt number 64168 regarding Filing fee for habeas corpus (Boyce, Kathy) (Entered: 06/06/2005) |
| 06/24/2005 | 2 | Judge Mark L. Wolf : MEMORANDUM AND ORDER entered: For the reasons stated in the Memorandum and Order, the Clerk shall correct the petitioner's name on the docket to read Nancy Esperanza Matiz; and it is further ORDERED, this action be DISMISSED.(Greenberg, Rebecca) (Entered: 06/24/2005) |
| 06/24/2005 | 3 | Judge Mark L. Wolf : ORDER entered: ORDER DISMISSING CASE(Greenberg, Rebecca) (Entered: 06/24/2005) |
| 07/26/2005 | 4 | REQUEST/MOTION for Reconsideration re 2 Memorandum & ORDER by Nancy Esperanza Matiz, FILED.(Boyce, Kathy) (Entered: 07/28/2005) |
| 07/26/2005 | 5 | NOTICE OF APPEAL as to 2 Memorandum & ORDER,, 3 Order Dismissing Case by Nancy Esperanza Matiz. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 8/15/2005. (Boyce, Kathy) (Entered: 07/28/2005) |