# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

No. 05-2216
DC No. 05-10398

NANCY ESPERANZA MATIZ
Petitioner - Appellant

v.

M. RIVERA, Warden
Respondent - Appellee

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: _____ Date: 9/7/05

## ORDER OF COURT
Entered: September 7, 2005

Appellant has filed an application to proceed without prepayment of fees and affidavit in this court with prison trust account information, which we transmit to the district court for action. Fed. R. App. P. 24(a). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If defendant-appellant is not granted in forma pauperis status by the district court, he may file a motion to proceed in forma pauperis in this court, provided that he do so in accordance with Fed. R. App. P. 24(b).

Appellant's request for appointment of counsel is denied without prejudice to refiling after fee status is determined.

By the Court:

Richard Cushing Donovan, Clerk

**MARGARET CARTER**
By: _____
Chief Deputy Clerk

cc: Nancy Esperanza Matiz
    Michael J. Sullivan, USA

certified copies: Honorable Mark L. Wolf and Ms. Sarah Thorton, U.S. District Court for the District of Massachusetts.

# United States District Court

DISTRICT OF _____

M. RIVERA (Warden)
Plaintiff

v.

NANCY ESPERANZA MATIZ
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

District Court No: C.A 05-10398MLW
CASE NUMBER: Appellate no: 05-2216

I, NANCY ESPERANZA MATIZ , declare that I am the (check appropriate box)

[xx] petitioner/plaintiff/movant   [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:   [X] Yes   [ ] No   (If "No" go to Part 2)

   If "Yes" state the place of your incarceration  FCI , TALLAHASSEE FLORIDA  32301

   Are you employed at the institution? Yes   Do you receive any payment from the institution? Approx. $60.

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions. YES

2. Are you currently employed?   [ ] Yes   [ ] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

   |   | Source | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | [ ] | [X] |
   | b. | Rent payments, interest or dividends | [ ] | [X] |
   | c. | Pensions, annuities or life insurance payments | [ ] | [X] |
   | d. | Disability or workers compensation payments | [ ] | [X] |
   | e. | Gifts or inheritances | [X] | [ ] |
   | f. | Any other sources | [ ] | [X] |

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.  See Attached Statement of Account)

AO 240 (1/94)

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes  ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_____    _____
DATE                   SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _$113.83_ on account to his/her credit at (name of institution) _FCI Tallahassee, FL_. I further certify that the applicant has the following securities to his/her credit: _$113.83 in account_ _____. I further certify that during the past six months the applicant's average monthly balance was $ _237.88_ .

_8/19/05_    _Edith Bauft, Case Manager_
DATE         SIGNATURE OF AUTHORIZED OFFICER


Case 1:05-cv-10398-MLW    Document 8-2    Filed 09/16/2005    Page 3 of 6    Page 1 of 2


## Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 18492038 | Current Institution: | Tallahassee FCI |
| Inmate Name: | MATIZ, NANCY | Housing Unit: | B UNIT |
| Report Date: | 08/19/2005 | Living Quarters: | G01-007L |
| Report Time: | 10:53:52 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

### General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | ▬ |
| FRP Participation Status: | Completed |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 10/11/2001 |
| Local Account Activation Date: | 4/26/2002 2:34:54 PM |
| Sort Codes: | |
| Last Account Update: | 8/12/2005 5:15:21 PM |
| Account Status: | Active |
| ITS Balance: | $18.70 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| | | |

### Account Balances

| | |
|---|---|
| Account Balance: | $113.83 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $113.83 |
| National 6 Months Deposits: | $1,427.30 |
| National 6 Months Withdrawals: | $1,326.55 |
| National 6 Months Avg Daily Balance: | $47.73 |
| Local Max. Balance - Prev. 30 Days: | $268.53 |
| Average Balance - Prev. 30 Days: | $133.98 |


http://140.1.34.16/umr/InmateInquiryCombined.aspx    8/19/2005

## Commissary History

### Purchases

Validation Period Purchases: $146.70
YTD Purchases: $1,859.75
Last Sales Date: 8/12/2005 5:15:21 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $146.70
Remaining Spending Limit: $143.30

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

Comments:

# Inmate Statement

| | | |
|---|---|---|
| **Inmate Reg #:** 18492038 | **Current Institution:** | Tallahassee FCI |
| **Inmate Name:** MATIZ, NANCY | **Housing Unit:** | B UNIT |
| **Report Date:** 08/19/2005 | **Living Quarters:** | G01-007L |
| **Report Time:** 10:54:21 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| TAL | 8/12/2005 5:15:21 PM | 21 | | | Sales | $2.55 | | $113.83 |
| TAL | 8/12/2005 5:11:21 PM | 20 | | | Sales | ($149.25) | | $111.28 |
| TAL | 8/9/2005 8:03:16 PM | ITS0809 | | | ITS Withdrawal | ($8.00) | | $260.53 |
| TAL | 8/9/2005 6:34:49 AM | 70138601 | | | Lockbox - CD | $70.00 | | $268.53 |
| TAL | 8/8/2005 2:37:55 PM | JV0095 | | | Payroll - IPP | $49.59 | | $198.53 |
| TAL | 8/5/2005 5:33:22 PM | 29 | | | Sales | ($51.45) | | $148.94 |
| TAL | 8/5/2005 5:29:59 PM | 26 | | | Sales | $0.00 | | $200.39 |
| TAL | 7/31/2005 1:34:50 PM | ITS0731 | | | ITS Withdrawal | ($8.00) | | $200.39 |
| TAL | 7/30/2005 6:16:09 PM | 33321405 | | | Western Union | $200.00 | | $208.39 |
| TAL | 7/29/2005 7:24:10 PM | ITS0729 | | | ITS Withdrawal | ($5.00) | | $8.39 |
| TAL | 7/29/2005 6:51:07 PM | 66 | | | Sales | ($47.00) | | $13.39 |
| TAL | 7/24/2005 11:27:01 AM | ITS0724 | | | ITS Withdrawal | ($5.00) | | $60.39 |
| TAL | 7/23/2005 5:30:52 AM | 70137501 | | | Lockbox - CD | $60.00 | | $65.39 |
| TAL | 7/22/2005 5:20:26 PM | 33 | | | Sales | ($64.95) | | $5.39 |
| TAL | 7/21/2005 6:44:36 PM | ITS0721 | | | ITS Withdrawal | ($7.00) | | $70.34 |
| TAL | 7/15/2005 5:39:36 PM | 35 | | | Sales | ($7.80) | | $77.34 |
| TAL | 7/15/2005 5:10:03 PM | 16 | | | Sales | ($40.80) | | $85.14 |
| TAL | 7/15/2005 5:36:32 AM | 70136901 | | | Lockbox - CD | $70.00 | | $125.94 |
| TAL | 7/14/2005 5:03:31 PM | ITS0714 | | | ITS Withdrawal | ($10.00) | | $55.94 |
| TAL | 7/12/2005 10:59:36 AM | JV0087 | | | Payroll - IPP | $64.49 | | $65.94 |
| TAL | 7/8/2005 7:20:53 PM | 90 | | | Sales | ($68.70) | | $1.45 |
| TAL | 7/4/2005 8:05:57 PM | ITS0704 | | | ITS Withdrawal | ($11.00) | | $70.15 |
| TAL | 6/27/2005 5:36:02 AM | 70135603 | | | Lockbox - CD | $75.00 | | $81.15 |
| TAL | 6/26/2005 11:39:53 AM | ITS0626 | | | ITS Withdrawal | ($3.00) | | $6.15 |
| TAL | 6/23/2005 5:14:07 PM | 25 | | | Sales | ($100.85) | | $9.15 |
| TAL | 6/22/2005 5:16:32 PM | 33318705 | | | Western Union | $100.00 | | $110.00 |
| TAL | 6/10/2005 6:26:40 PM | ITS0610 | | | ITS Withdrawal | ($10.00) | | $10.00 |
| TAL | 6/10/2005 5:28:41 PM | 70 | | | Sales | ($100.55) | | $20.00 |
| TAL | 6/8/2005 5:43:27 AM | 70134301 | | | Lockbox - CD | $65.00 | | $120.55 |
| TAL | 6/7/2005 1:41:01 PM | JV0081 | | | Payroll - IPP | $51.62 | | $55.55 |
| TAL | 5/22/2005 1:32:44 PM | ITS0522 | | | ITS Withdrawal | ($2.00) | | $3.93 |
| TAL | 5/20/2005 5:19:57 PM | 9 | | | Sales | ($54.15) | | $5.93 |
| TAL | 5/17/2005 8:49:25 PM | ITS0517 | | | ITS Withdrawal | ($10.00) | | $60.08 |

| | | | | | |
|---|---|---|---|---|---|
| TAL | 5/14/2005 6:00:18 AM | 70132701 | Lockbox - CD | $70.00 | $70.08 |
| TAL | 5/13/2005 5:17:00 PM | 10 | Sales | ($30.70) | $0.08 |
| TAL | 5/12/2005 5:13:17 PM | ITS0512 | ITS Withdrawal | ($5.00) | $30.78 |
| TAL | 5/10/2005 12:56:02 PM | JV0069 | Payroll - IPP | $27.41 | $35.78 |
| TAL | 5/6/2005 5:02:38 PM | 10 | Sales | ($28.10) | $8.37 |
| TAL | 4/29/2005 5:31:38 PM | 25 | Sales | ($64.50) | $36.47 |
| TAL | 4/29/2005 4:46:43 PM | ITS0429 | ITS Withdrawal | ($18.00) | $100.97 |
| TAL | 4/29/2005 11:11:31 AM | 33314905 | Western Union | $100.00 | $118.97 |
| TAL | 4/24/2005 11:02:58 AM | ITS0424 | ITS Withdrawal | ($7.00) | $18.97 |
| TAL | 4/16/2005 8:09:36 PM | ITS0416 | ITS Withdrawal | ($4.00) | $25.97 |
| TAL | 4/15/2005 7:36:17 PM | 103 | Sales | ($103.80) | $29.97 |
| TAL | 4/12/2005 1:52:04 PM | JV0063 | Payroll - IPP | $63.01 | $133.77 |
| TAL | 4/11/2005 5:15:25 PM | ITS0411 | ITS Withdrawal | ($5.00) | $70.76 |
| TAL | 4/11/2005 6:07:14 AM | 70130203 | Lockbox - CD | $70.00 | $75.76 |
| TAL | 4/8/2005 7:57:55 PM | 148 | Sales | ($24.70) | $5.76 |
| TAL | 4/3/2005 9:30:29 PM | ITS0403 | ITS Withdrawal | ($10.00) | $30.46 |
| TAL | 4/3/2005 1:45:14 PM | ITS0403 | ITS Withdrawal | ($10.00) | $40.46 |

1 2 3

**Total Transactions: 109**

Totals:   $111.01   $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| TAL | $113.83 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $113.83 |
| Totals: | $113.83 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $113.83 |