UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NANCY ESPERANZA MATIZ
Petitioner

vs.

C.A No. 05-10398-MLW

WARDEN M. RIVERA
Respondent

## REQUEST FOR A DOCKET SHEET.

Comes now Nancy Esperanza Matiz, in a Pro-Se and respectfully request a docket sheet of the above captioned case.

On february 14, 2006, petitioner received an Order on a motion for reconsideration filed in with the district court for reconsideration simultaneously with the order of dismissal from FCI Danbury Connecticut. Petitioner has been housed in Tallahassee Florida since 2001 and did not file any motion from Danbury nor authorize any filing of a motion on her behalf from Danbury on July 26, 2005. A Notice of Appeal, an affidavit and a motion to proceed in-forma pauperis and a request for an appointment of counsel was mailed August 19, 2005 to this court.

Petitioner believe there is an error somewhere or the clerk made an honest mistake; however, she will appreciate a docket sheet to and a copy of what was filed on July 26, 2005 to ensure that she actually filed a motion but mislabelled it or the clerk made an honest mistake to preserve her right and issues as intended.

Whereby, petitioner Matiz Pray the court to direct the clerk to copy the motion for reconsideration filed with this court July 26, 2005 and mail it to her in Tallahassee Florida along with the

docket sheet for record purposes.

Whereby petitoner Nancy Esperanza Matiz Pray the court to grant her request.

Respectfully Requested<br>
NANCY ESPERANZA MATIZ<br>
Federal Correctional Institution<br>
501, Capital Circle NE<br>
Tallahassee Florida  32301

2-15-06.
DATE

SIGNATURE

CERTIFICATE OF SERVICE/MAILING

This is to certify that I, Nancy Esperanza Matiz mailed a true copy of the request for a Docket Sheet to the District Court on this ___ of February 16, 2006 certified; correct postage affixed for prompt delivery and addressed as follows:

THE CLERK OF THE COURT
UNITED STATES DISTRICT COURT
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON  MA  02210.

2-16-06
DATE

*Nancy Esperanza Matiz*
SIGNATURE