# UNITED STATES DISTRICT COURT

DISTRICT OF                MASSACHUSETTS

NANCY ESPERANZA MATIZ

v.                                              **APPEARANCE**

WARDEN M. RIVERA

Case Number:    05-10398-MLW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    Warden M. Rivera.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| March 21, 2006 | /s/ Michael J. Pelgro |
| Date | Signature |
| | /s/ Michael J. Pelgro          20741 |
| | Print Name                    Bar Number |
| | One Courthouse Way, Suite 9200 |
| | Address |
| | Boston          MA     02210 |
| | City            State    Zip Code |
| | 617-748-3246    617-748-3965 |
| | Phone Number    Fax Number |