

05-10398
USDC/MA
Wolf, J

# United States Court of Appeals
## For the First Circuit

No. 05-2216

NANCY ESPERANZA MATIZ,
Petitioner, Appellant,

v.

M. RIVERA, WARDEN,
Respondent, Appellee.

Before

Lipez, <u>Circuit Judge</u>,
Stahl, <u>Senior Circuit Judge</u>,
and Howard, <u>Circuit Judge</u>.

**JUDGMENT**

Entered: February 7, 2007

We construe the appeal as a request for leave to file a successive petition under 28 U.S.C. § 2255 and, as such, it is <u>denied</u> as premature. Appellant seeks relief under <u>United States</u> v. <u>Booker</u>, 543 U.S. 220 (2005), which the Supreme Court has not made retroactive to cases on collateral review.

<u>It is so ordered</u>.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: _____
Chief Deputy Clerk.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

_____
Deputy Clerk

Date: 4/10/07

[cc: Nancy Esperanza Matiz, Jennifer H. Zachs, AUSA]